CLERK OF COURTS
HOUSTON FEDERAL COURT
SOUTHERN DISTRICT

United States Courts
Southern District of Texas
FILED

MAY 16 2022

Nathan Ochsner, Clerk of Court

GOOD DAY,

INCLOSED ARE 3 COPIES, 1 ORIGINAL AND REQUEST, THE CLERK OF COURTS, TO FILE, DATE, STAMP SUCH. ORIGINAL IS FOR PLACEMENT IN ROTATION FOR THE FEDERAL JUDGE. PLEASE RETURN ONE TO THE PLAINTIFF, DEREK A. RICHARDSON AT MY TEMPORARY HOUSING ASSIGNMENT LISTED BELOW. FORWARD REQUESTED TO MAILROOM. THANK YOU IN ADVANCE FOR YOUR TIME AND CONSIDERATION REGUARDING THIS MATTER. A FEDERAL CIVIL SUIT, U.S.C. 42, 1983.

RESPECTFULLY YOURS,
Derek A. Richardson

DEREK A. RICHARDSON
LEBLANC UNIT
3695 FM. 3514
BEAMONT, TX. 77705