IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

DEREK A. RICHARDSON                    §

VS.                                    §        CIVIL ACTION NO.  1:22-CV-212

BRYAN COLLIER, ET AL.                  §        JUDGE MICHAEL J. TRUNCALE

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Derek A. Richardson, a prisoner confined at the LeBlanc Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Bryan Collier, Tim Fitzpatrick, A. Tompkins, and FNU Taylor.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge.  The magistrate judge recommends dismissing the action for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and the pleadings.  Proper notice was given to Plaintiff at his last known address.  *See* FED. R. CIV. P. 5(b)(2)(C).  No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

<u>ORDER</u>

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge [Dkt. 20] is ADOPTED.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

**SIGNED this 1st day of December, 2022.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge

2